IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KARLY N.,
        Plaintiff,

                                    Civil No. 2:26-CV-10227

v.

FRANK BISIGNANO,
Commissioner of
Social Security,                       Hon. Laurie J. Michelson
          Defendant.             United States District Judge

_____/

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the

Court should enter an order remanding the above-captioned case to the

Commissioner for further administrative action.

Should the Court grant the joint motion to remand, per the Sixth Circuit's

recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th

Cir. 2026), it should articulate that it is reversing and remanding for further

administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify

the merits errors that ground it. The parties agree that this Court should enter

judgment reversing and remanding to the agency for further administrative

proceedings based on deficits in the ALJ's consideration of the medical opinions.

On remand, the Appeals Council will instruct the ALJ to further consider Plaintiff's claim and re-evaluate her residual functional capacity, take any further action necessary to complete the administrative record, and issue another decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


/s/ *Eddy Pierre Pierre*[1]
Eddy Pierre Pierre
Attorney for Plaintiff
4750 Venture Dr.
Suite 400 PMB 413
Ann Arbor, MI 992-8383
(646) 992-8383
Epierre2@pierrepierrelaw.com

/s/ *Maggie W. McOmber*
Maggie W. McOmber
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(410) 965-6260
maggie.mcomber@ssa.gov[2]

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Maggie W. McOmber, received on May 12, 2026.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026 the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Eddy Pierre Pierre, Esq. at:  eperrepierrelaw.com

/s/ *Maggie W. McOmber*
Maggie W. McOmber (NY Bar # 4453510)
Special Assistant United States Attorney
Program Litigation 4, Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
410-965-6260
maggie.mcomber@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KARLY N.,
      Plaintiff,

                              Civil No. 2:26-CV-10227

v.

FRANK BISIGNANO,
Commissioner of
Social Security,                      Hon. Laurie J. Michelson
         Defendant.            United States District Judge

_____/

**ORDER REMANDING CASE UNDER
SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

Dated: May 14, 2026

                                  s/Laurie J. Michelson
                                  LAURIE J. MICHELSON
                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KARLY N.,
        Plaintiff,

                                   Civil No. 2:26-CV-10227

v.

FRANK BISIGNANO,
Commissioner of
Social Security,                        Hon. Laurie J. Michelson
        Defendant.            United States District Judge

_____/

# **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      United States District Judge

Dated: May 14, 2026